IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| v. | ) NO. 13-4892(L) |
| | ) |
| DAVID MORGAN | ) |

**<u>MOTION FOR EXTENSON OF TIME TO FILE BRIEF</u>**

COMES NOW the appellant, DAVID MORGAN, by Counsel, and moves this Court for an extension of time to file appellant's opening brief. In support of this Motion, counsel for the Appellant states as follows:

1. On December 2, 2013 undersigned Counsel was appointed to represent the Appellant on this appeal. Undersigned Counsel was not trial counsel.

2. Undersigned counsel contacted trial counsel to obtain copies of relevant case documents and filed the necessary request for the transcripts of the Guilty Plea Hearing and the Sentencing Hearing.

3. On or about May 28, 2014 a Briefing Order was issued, requiring the Opening Brief and Appendix to be filed July 2, 2014. Appellant Morgan's appeal was consolidated with the appeal of Antoinette Hodge and Murace Hewitt.

4. Following that date, undersigned counsel contacted the facility at which Appellant was incarcerated to arrange a telephone conference to discuss issues relevant to the appeal. Counsel received a response, and a telephone conference was approved and scheduled for June 23, 2014. Just prior to the time for the start of the telephone conference, undersigned counsel was notified that Appellant was transferred to a facility in Texas and the telephone conference was canceled.

5. Undersigned counsel has contacted the new facility to which the Appellant was transferred and requested permission to schedule a telephone conference with Appellant. As of the filing of this motion, undersigned counsel has not received a response to her request to schedule the telephone conference.

6. This case involves an Appellant who has pled guilty with a plea agreement that provided for a waiver of the direct appeal rights and an Appellant who received a sentence in accordance with the terms of that plea agreement. It is necessary and essential to competent representation for undersigned counsel to again speak with Appellant to discuss the appeal and the potential issues raised should the appeal proceed in light of the terms of the plea agreement.

7. Additionally, counsel for the co-Appellant Murace Hewitt, is also still trying to locate and schedule a telephone conference with his client. Counsel for Appellant Hewitt, Abram Pafford, Esq., joins in this request for an extension to file the Opening Brief and Appendix. Charles Henter, Counsel for Appellant Hodge, has no objection to this request and joins in the motion ofr an extension.

8. For these reasons, Undersigned Counsel requests an extension for the filing of Appellant's consolidated brief, and requests that said extension be for 60 days.

9. Counsel has spoken with AUSA Zachary Lee and he has no objection to this request for an extension.

              Respectfully Submitted,
              DAVID MORGAN

              By/s/ Rhonda L. Overstreet
                Of Counsel

Rhonda L. Overstreet, Esq.
VSB #35717
Overstreet Sloan, PLLC
806 East Main Street, Suite 101
Bedford, Virginia 24523
540-597-1024 telephone
540-491-2500 facsimile
Counsel for the Appellant DAVID MORGAN

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of June 2014 I electronically file the foregoing Motion for an Extension to File Appellant's Brief and Appendix with the Clerk of Court using the CM/ECF System, which will send notification of this Motion to Mr. Zachary Lee, Assistant United States Attorney, Mr. Abram Pafford, Esq., counsel for Murace Hewitt and Mr. Charles Henter, Esq., counsel for Antoinette Hodge.

/s/ Rhonda L. Overstreet