# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| UNITED STATES OF AMERICA | |
|---|---|
| **Plaintiff-Appellee** | |
| v. | Case No. 14-4072 |
| ANTOINETTE HODGE | |
| **Defendant-Appellant** | |

## APPELLANT'S MOTION TO DISMISS APPEAL VOLUNTARILY

The appellant, Ms. Antoinette Hodge, by counsel, pursuant to Rule 42 of the Federal Rules of Appellate Procedure, respectfully requests this Court to permit her to withdraw her appeal and in support thereof states as follows:

(1) The Appellant's opening brief and the joint appendix in this case are currently due on Friday, August 1, 2014.

(2) On July 24, 2014, undersigned counsel spoke with Ms. Hodge at length about her appeal.

(3) During this conversation, Ms. Hodge repeatedly and clearly stated her desire to withdraw this direct appeal.

(4) Given that the deadline to file an appeal is seven calendar days away, there is little likelihood that undersigned counsel can obtain Ms. Hodge's written consent prior to August 1.

(5) Undersigned counsel will also be out of the country from August 4, 2014 to August 20, 2014.

(6) Undersigned counsel has placed a copy of this motion in the mail to Ms. Hodge on July 25, 2014.

(7) The government does not object to this motion. This motion is only being filed on behalf of and for Ms. Hodge and not any other appellant in this consolidated case.

WHEREFORE, appellant respectfully requests this Court grant this Motion to Dismiss her appeal, or in the alternative, deconsolidate this case and grant Ms. Hodge an additional thirty (30) day extension of time to file her opening brief and joint appendix so that Ms. Hodge's written consent can be obtained and submitted to the Court.

                                          Antoinette Hodge
                                          By counsel

/s/ Charles M. Henter
Charles M. Henter, Esq. (VSB No. 45459)
HenterLaw PLC
Charlottesville, Virginia 22902
Telephone   (434) 817-1840
Facsimile    (877) 854-2051

## Certificate of Service

I hereby certify that on July 25, 2014, I filed the foregoing with the Clerk of Court using the CM/ECF System that will send notice of such filing to the following registered CM/ECF users:

    Zachary T. Lee of the United States Attorneys Office for the Western District of Virginia;
    Rhonda Overstreet of Overstreet Sloan, PLLC; and
    Abram J. Pafford of Pafford Lawrence & Childress PLLC.

                                  /s/ Charles M. Henter