FILED: July 29, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4892 (L)
(1:12-cr-00022-JPJ-PMS-4)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

DAVID STEPHEN MORGAN, a/k/a Dee, a/k/a Shotta, a/k/a Spock

        Defendant - Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule. No further extensions will be granted for the opening brief and joint appendix. The briefing schedule is extended as follows:

    Appendix due: 09/30/2014

    Opening brief due: 09/30/2014

    Response brief due: 10/27/2014

Any reply brief: 10 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk