FILED:  August 22, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 13-4892
(1:12-cr-00022-JPJ-PMS-4)

———————————

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

DAVID STEPHEN MORGAN, a/k/a Dee, a/k/a Shotta, a/k/a Spock

Defendant - Appellant

———————————

No. 14-4130
(1:12-cr-00022-JPJ-PMS-5)

———————————

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

MURACE HEWITT, a/k/a British

Defendant - Appellant

———————————

O R D E R

———————————

The court deconsolidates further proceedings on appeal in these cases.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk